JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 13-00182-CJC(ANx)            Date: February 21, 2013

Title: <u>PRIMETTA A. DOMINSKI v. BANK OF AMERICA</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Michelle Urie</u>          <u>N/A</u>
Deputy Clerk          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE**

     Pro se Plaintiff Primetta A. Dominski filed this action against Defendant Bank of America alleging claims related to the foreclosure of the property located at 264 Calle Cuervo, San Clemente, CA (the "Property"). (Dkt. No. 3 ["Compl."].) The Complaint also contained a "Petition for Emergency Injunctive and Declaratory Relief and to Stay Foreclosure Sale" of the Property. The Court rejected the petition on February 8, 2013. (Dkt. No. 8.) The Court was also concerned that it lacked subject matter jurisdiction to hear the case. Accordingly, the Court ordered Ms. Dominski to show cause by February 15, 2013 why this case should not be dismissed for lack of subject matter jurisdiction. (*Id.*) Ms. Dominski has failed to respond to the Court's order, and therefore has not provided a sufficient basis for federal question or diversity jurisdiction. 28 U.S.C. §§ 1331, 1332. Accordingly, this case is hereby **DISMISSED**.

mtg

MINUTES FORM 11
CIVIL-GEN                                                   Initials of Deputy Clerk MU